IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ARNOLDO ROJERO,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:11-CV-3516-L-BD** |
| § | |
| **UNITED STATES OF AMERICA**, § | |
| § | |
| Defendant. § | |

## ORDER

This case was referred to Magistrate Judge Jeff Kaplan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on March 15, 2012, recommending that Plaintiff Arnoldo Rojero's ("Plaintiff") claims for money damages arising out of his conviction and the forfeiture of his property be dismissed with prejudice pursuant to 28 U.S.C. 1915(e)(2), and his claims related to his incarceration at FCI Fort Worth be severed and transferred to the Fort Worth Division of the Northern District of Texas. Plaintiff did not file objections to the Report.

Having reviewed the pleadings, record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct and **accepts** them as those of the court. The court therefore **dismisses with prejudice** Plaintiff's claims for money damages arising out of his conviction and the forfeiture of his property. The clerk of the court is **directed to sever, assign a new case number, and transfer** Plaintiff's claims related to his incarceration at FCI Fort Worth to the Fort Worth Division of the Northern District of Texas.

Order – Page 1

**It is so ordered** this 24th day of April, 2012.

Sam A. Lindsay
United States District Judge